**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lorenzo Harrington<br>  Desheil L. Pearsall<br>                    <u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-16905 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for AmeriHome Mortgage Company, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8600

                                            Respectfully submitted,

                                            **<u>/s/Denise Carlon, Esquire</u>**
                                            Denise Carlon, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406